RECEIVED
IN ALEXANDRIA, LA.
FEB 29 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TOMMY BRAY | DOCKET NO. 10-0586; SEC. P |
| VERSUS | JUDGE James T. Trimble, Jr. |
| JAMES LeBLANC, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed December 16, 2011 to Mr. Bray's last known address was returned to the Clerk of Court on December 30, 2011, marked "moved from AVC". More than thirty days have passed since December 30, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 29th day of February, 2012, at Alexandria, Louisiana.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE